O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. WALKER, | Case No. EDCV 08-00577-OP |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

/ / /

/ / /

/ / /

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1 | IT IS ADJUDGED that Judgment be entered affirming the decision of the
2 | Commissioner of Social Security, and dismissing this action with prejudice.

5 | DATED:    April 1, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge